**Lloyd DOTSON–BEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66057.**

Missouri Court of Appeals,
Western District.

Nov. 21, 2006.

Susan L. Hogan, Appellate Defender, Kansas City, MO, attorney for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, attorneys for respondent.

Before HOWARD, C.J., and BRECKENRIDGE and NEWTON, JJ.

### Order

PER CURIAM.

Lloyd Dotson–Bey appeals the denial of his Rule 29.15 motion for post-conviction relief. The motion court's findings and conclusions that Dotson–Bey's appellate counsel was not ineffective are not clearly erroneous. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The motion court's judgment is affirmed. Rule 84.16(b).